ACCEPTED
04-15-00734-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/23/2015 9:41:58 AM
KEITH HOTTLE
CLERK

04-15-00734-CV

CAUSE NO. 2013-CI-10667

| | | |
|---|---|---|
| MAURA KRAUS, | § | IN THE DISTRICT COURT |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| v. | § | BEXAR COUNTY, TEXAS |
| | § | |
| CORDELIA MOSCRIP, ET AL., | § | |
| *Defendants*. | § | 438TH JUDICIAL DISTRICT |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/23/2015 9:41:58 AM
KEITH E. HOTTLE
Clerk

### AMENDED CERTIFICATE OF SERVICE FOR DEFENDANTS' NOTICE OF ACCELERATED APPEAL AND NOTICE OF AUTOMATIC STAY

An attempt to serve a true and correct copy of Defendants' Notice of Accelerated Appeal and Notice of Automatic Stay to Plaintiff, Maura Kraus was made on November 20, 2015, to Lisa A. Vance, Attorney for the Plaintiff through File & ServeXpress via electronic notification system. The attempt was complete, however due to an oversight in my office we did not comply as stated in our certificate of service. I hereby certify that a true and correct copy of the document was sent by email and certified mail, return receipt requested on November 23, 2015 to:

Lisa A. Vance
Law Office of Lisa A. Vance, P.C.
407 8th Street
San Antonio, Texas 78215-1504
lvance@lisavancelaw.com

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

1

ANGELA V. COLMENERO
Chief, General Litigation Division

/s/ Anne Marie Mackin
**ANNE MARIE MACKIN**
Texas Bar No. 24078898
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Direct: (512) 475-4080
Facsimile: (512) 320-0667
anne.mackin@texasattorneygeneral.gov

ATTORNEYS FOR DEFENDANT